## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARK A. BARRY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 17-2998 |
| | : | |
| GLOBUS MEDICAL, INC., | : | |
| Defendant. | : | |
| | : | |
| DR. MARK A. BARRY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 17-3003 |
| | : | |
| DEPUY SYNTHES PRODUCTS, INC., et al., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 15th day of July, 2019, upon consideration of the Parties' Stipulation Supplementing the July 1, 2019 Schedule (Doc. No. 201), it is hereby **ORDERED** that the Parties' Stipulation (Doc. No. 201) is **APPROVED and ADOPTED**.

                                    **AND IT IS SO ORDERED.**

                                    */s/ Paul S. Diamond*

                                    Paul S. Diamond, J.