**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DR. MARK A. BARRY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civ. No. 17-3003** |
| **DEPUY SYNTHES PRODUCTS, INC.,** | : | |
| **ET AL.,** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 22nd day of October, 2020, upon consideration of Defendants' Motions to Exclude Certain Opinions and Testimony (Doc. No.'s 133, 135) and all associated briefing (Doc. No.'s 140, 142, 145, 147, 149, 151), the Motions are hereby **DENIED without prejudice**.

It is further **ORDERED** that this matter is referred to United States Magistrate Judge Timothy R. Rice for a settlement conference.  PLAINTIFF'S COUNSEL SHALL CONTACT DEFENDANTS' COUNSEL, AND THEN THE PARTIES SHALL JOINTLY CONTACT JUDGE RICE'S CHAMBERS TO ARRANGE THIS CONFERENCE.  Judge Rice will require that lead counsel and Parties with full settlement authority attend the conference.

**AND IT IS SO ORDERED:**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.