# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARK A. BARRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:17-cv-03003-PD |
| DEPUY SYNTHES PRODUCTS INC., | ) | |
| MEDICAL DEVICE BUSINESS | ) | |
| SERVICES, INC., and DEPUY SYNTHES | ) | |
| SALES, INC. (d/b/a DEPUY SYNTHES | ) | |
| SPINE), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT NOTICE AND STIPULATION REGARDING DEFENDANTS' MOTIONS TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERTS

**IT IS HEREBY STIPULATED AND NOTICE GIVEN** by and between Plaintiff Dr. Mark Barry ("Barry") and Defendants DePuy Synthes Products, Inc., Medical Device Business Services, Inc., and DePuy Synthes Sales, Inc. (collectively, "DePuy"), by and through their respective counsel as follows:

WHEREAS, on April 22, 2020, DePuy filed two motions to exclude certain opinions and testimony of Barry's testifying expert witnesses, pursuant to Federal Rule of Evidence 702, as applied by the Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), along with supporting memoranda, declarations, and exhibits: (1) DePuy's Motion to Exclude Certain Opinions and Testimony of Dr. Walid Yassir (Doc. Nos. 133–134); and (2) DePuy's Motion to Exclude Certain Opinions and Testimony of Dr. David Neal and Kimberly Schenk (Doc. Nos. 135–137).

WHEREAS, on April 30, 2020, Barry filed Oppositions to DePuy's Motions, along with supporting memoranda and exhibits.  (Doc. Nos. 140, 142, 144.)

WHEREAS, on May 6, 2020, DePuy filed Replies in supports of its Motions.  (Doc. Nos. 145, 147.)

WHEREAS, on May 7, 2020 and May 13, 2020, Barry filed Sur-Replies in Opposition to DePuy's Motions, respectively.  (Doc. Nos. 149, 151–152.)

WHEREAS, on October 22, 2020, the Court entered an Order denying DePuy's Motions without prejudice and referring the case to U.S. Magistrate Judge Rice for a settlement conference. (Doc. No. 155.)

WHEREAS, the settlement conference was cancelled (Doc. No. 158), and trial is scheduled to commence on September 21, 2021 (Doc. No. 164).

WHEREAS, DePuy wishes to renew its Motions to Exclude Certain Opinions and Testimony of Barry's expert witnesses.

WHEREAS, on August 13, 2021, the parties met and conferred regarding DePuy's Motions and agreed that, in the interests of time, judicial efficiency, and the parties' resources, the parties would not file additional briefing on DePuy's Motions.

NOW, THEREFORE, DePuy requests through its counsel of record that DePuy's Motions to Exclude Certain Opinions and Testimony of Barry's expert witnesses, and the parties' subsequent briefing, declarations, and exhibits relating thereto (Doc. Nos. 133–137, 140, 142, 144–145, 147, 149, and 151–152) are renewed with neither party filing additional briefing.  Barry does not oppose this request.

Respectfully submitted,

Dated:  August 24, 2021

**KILPATRICK TOWNSEND & STOCKTON, LLP**

By:  */s/ Dario A. Machleidt*
D. Clay Holloway (*pro hac vice*)
Mitchell G. Stockwell (*pro hac vice*)
Suite 2800, 1100 Peachtree Street NE
Atlanta, GA, 30309-4528
(404) 815-6537
cholloway@kilpatricktownsend.com
mstockwell@kilpatricktownsend.com

Dario A. Machleidt (*pro hac vice*)
Kathleen R. Geyer (*pro hac vice*)
Suite 3700, 1420 Fifth Avenue
Seattle, WA 98101
(206) 467-9600
dmachleidt@kilpatricktownsend.com
kgeyer@kilpatricktownsend.com

April Isaacson (*pro hac vice*)
Taylor J. Pfingst (*pro hac vice*)
Suite 1900, 2 Embarcadero Center
San Francisco, CA 94111
(415) 273-4304
aisaacson@kilpatricktownsend.com
tpfingst@kilpatricktownsend.com

Andrew W. Rinehart (*pro hac vice*)
1001 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7312
arinehart@kilpatricktownsend.com

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

Jonathan L. Cochran (Attorney ID No. 314382)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
jcochran@hangley.com
*Counsel for Dr. Mark A. Barry*

**JONES DAY**

By:  */s/ Kenneth S. Luchesi*
Calvin Griffith (*pro hac vice*)
Patrick Norton (*pro hac vice*)
Kenneth Luchesi (*pro hac vice*)
T. Kaitlin Crowder (*pro hac vice*)
910 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-7347
Facsimile: (216) 579-0212
cpgriffith@jonesday.com
pjnorton@jonesday.com
kluchesi@jonesday.com
tkoglman@jonesday.com
kcrowder@jonesday.com

Tracy Stitt (*pro hac vice*)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3641
Facsimile: (202) 626-1700
tastitt@jonesday.com

**AKIN GUMP STRUSS HAUER & FELD LLP**

Steven D. Maslowski (Attorney Id No. 84368)
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Telephone: (215) 965-1200
smaslowski@akingump.com

*Counsel for DePuy Synthes Products, Inc., Medical Device Business Services, Inc., and DePuy Synthes Sales, Inc. ("d/b/a DePuy Synthes Spine)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I caused a true and correct copy of

the foregoing document to be served via CM/ECF filing upon counsel for all parties.


      /s/ *Kenneth S. Luchesi*
      Kenneth S. Luchesi